FILED
JAN 30 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>LAJON TIMMONS,<br>　　　　Defendant. | No. CR16-0513-JST-7<br><br>ORDER OF REMAND |

The defendant having appeared before the undersigned Magistrate Judge,

IT IS HEREBY ORDERED that the above-named defendant, is hereby remanded to the custody of the U.S. Marshal, immediately.

Dated: January 30, 2018

　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge